UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW D. RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM SULLIVAN,<br><br>    Respondent. | Case No. 20-cv-00827-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 9 |

Good cause being shown, respondent's request for an extension of time to answer the Court's order to show cause is GRANTED. Dkt. No. 9. By **June 30, 2020**, respondent shall file with the Court and serve on petitioner an answer to the order to show cause. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent's counsel within **thirty (30) days** of the date the answer is filed. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within **twenty-eight (28) days** of the date the motion is filed, and respondent shall file with the Court and serve on petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

This order terminates Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: 5/5/2020

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge